FILED: June 27, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1619
(3:22-cv-00416-JAG)

_____

CAROL J. BRADLEY-COUSINS

      Movant - Appellant

v.

MICHAEL BRADLEY COUSINS, Administrator of the Estate of Michael Todd Cousins, Deceased

      Plaintiff - Appellee

and

SHALONDA G. BLACK, LPN; SHI-MIKA EPPS, LPN; CAROLYN J. HAYES, LPN; POST CLOSING LLC, f/k/a Flexibility & Co., LLC, d/b/a FlexRN, LPN; SHEILA A. SPRADLIN, LPN

      Defendants

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK