**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-1619**

───────────

CAROL J. BRADLEY-COUSINS,

> Movant - Appellant,

> v.

MICHAEL BRADLEY COUSINS, Administrator of the Estate of Michael Todd
Cousins, Deceased,

> Plaintiff - Appellee,

> and

SHALONDA G. BLACK, LPN; SHI-MIKA EPPS, LPN; CAROLYN J. HAYES,
LPN; POST CLOSING LLC, f/k/a Flexibility & Co., LLC, d/b/a FlexRN, LPN;
SHEILA A. SPRADLIN, LPN,

> Defendants.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at
Richmond. John A. Gibney, Jr., Senior District Judge. (3:22-cv-00416-JAG)

───────────

Submitted: March 27, 2025                      Decided: June 27, 2025

───────────

Before WILKINSON, RUSHING, and BENJAMIN, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Carol J. Bradley-Cousins, Appellant Pro Se.  John H. Click, Jr., BLACKBURN, CONTE, SCHILLING & CLICK, PC, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carol J. Bradley-Cousins appeals the district court's orders approving the settlement of a wrongful death action and disbursing the settlement funds. With respect to the order approving the settlement, we have reviewed the record and find no reversible error. With respect to the disbursement order, the record does not contain a transcript of the hearing in which the district court stated its reasons for the disbursement decision. An appellant has the burden of including in the record on appeal a transcript of all parts of the proceedings material to the issues raised on appeal. Fed. R. App. P. 10(b); 4th Cir. R. 10(c). An appellant proceeding on appeal in forma pauperis is entitled to transcripts at government expense only in certain circumstances. 28 U.S.C. § 753(f). By failing to produce a transcript or to qualify for the production of a transcript at government expense, Bradley-Cousins has waived review of the issues on appeal that depend upon the transcript to show error. *See generally* Fed. R. App. P. 10(b)(2); *Keller v. Prince George's Cnty.*, 827 F.2d 952, 954 n.1 (4th Cir. 1987). Additionally, on the record before us, we discern no error in the court's disbursement order.

Accordingly, we deny Bradley-Cousins's motion to proceed in forma pauperis, and we affirm the district court's orders. We deny as moot the appellee's motions to accelerate this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*