FILED: July 8, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1619
(3:22-cv-00416-JAG)

CAROL J. BRADLEY-COUSINS

  Movant - Appellant

v.

MICHAEL BRADLEY COUSINS, Administrator of the Estate of Michael Todd Cousins, Deceased

  Plaintiff - Appellee

and

SHALONDA G. BLACK, LPN; SHI-MIKA EPPS, LPN; CAROLYN J. HAYES, LPN; POST CLOSING LLC, f/k/a Flexibility & Co., LLC, d/b/a FlexRN, LPN; SHEILA A. SPRADLIN, LPN

  Defendants

TEMPORARY STAY OF MANDATE

Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or rehearing en banc stays the mandate until the court has ruled on the petition. In

accordance with Rule 41(b), the mandate is stayed pending further order of this court.

/s/Nwamaka Anowi, Clerk