FILED: September 30, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1619
(3:22-cv-00416-JAG)

_____

CAROL J. BRADLEY-COUSINS

   Movant - Appellant

v.

MICHAEL BRADLEY COUSINS, Administrator of the Estate of Michael Todd Cousins, Deceased

   Plaintiff - Appellee

and

SHALONDA G. BLACK, LPN; SHI-MIKA EPPS, LPN; CAROLYN J. HAYES, LPN; POST CLOSING LLC, f/k/a Flexibility & Co., LLC, d/b/a FlexRN, LPN; SHEILA A. SPRADLIN, LPN

   Defendants

_____

O R D E R

_____

The court denies the petition for rehearing.

Entered at the direction of the panel: Judge Wilkinson, Judge Rushing, and Judge Benjamin.

For the Court

/s/ Nwamaka Anowi, Clerk