FILED: October 8, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1619
(3:22-cv-00416-JAG)

CAROL J. BRADLEY-COUSINS

       Movant - Appellant

v.

MICHAEL BRADLEY COUSINS, Administrator of the Estate of Michael Todd Cousins, Deceased

       Plaintiff - Appellee

and

SHALONDA G. BLACK, LPN; SHI-MIKA EPPS, LPN; CAROLYN J. HAYES, LPN; POST CLOSING LLC, f/k/a Flexibility & Co., LLC, d/b/a FlexRN, LPN; SHEILA A. SPRADLIN, LPN

       Defendants

M A N D A T E

The judgment of this court, entered June 27, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*