IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MICHAEL BRADLEY COUSINS,
as Administrator of the Estate of
MICHAEL TODD COUSINS,
deceased,
          Plaintiff,

v.                                                      Civil Action No. 3:22cv416

POST CLOSING LLC, et al.,
          Defendants.

## ORDER

This matter comes before the Court on a motion to disburse funds filed by the plaintiff, Michael Bradley Cousins. (ECF No. 36.) On June 3, 2022, Michael Bradley filed this suit after his father, Michael Todd Cousins, died of bowel perforation and pancreatitis in jail custody. (*See* ECF No. 1.)

On February 14, 2023, the Court approved a settlement between the plaintiff and the defendants. (ECF No. 22.) Pursuant to the settlement, "Post Closing, LLC . . . agreed to pay, and [p]laintiff . . . agreed to accept, cash with a present value of [$1,087,368.58] in full settlement of all of [p]laintiff's claims for damages, attorneys' fees, or costs that have been or could have been asserted against any [d]efendant for the injuries and death of Michael Todd Cousins." (*Id.*, at 2.) That same day, the Court ordered the following distribution from the settlement proceeds: (1) Patricia Cousins would receive $1,499.00 to reimburse her for cremation expenses; (2) the Krudys Law Firm, PLC, would receive one-third of the gross recovery—$362,456.19—for "costs and reimbursable expenses" incurred while representing the plaintiff; and (3) the Krudys Law Firm, PLC, would receive $16,339.21 to reimburse it for "costs advanced in the amount of $16,339.21." (*Id.* at 3–4.) After those distributions, $707,074.18 remained in the settlement fund.

On June 1, 2023, the Court ordered that Carol Bradley-Cousins, the decedent's wife, would receive $16,000, and Michael Bradley Cousins, the decedent's son, would receive the remaining $691,074.18. (ECF No. 29, at 2.)

On June 5, 2023, Carol Bradley-Cousins appealed this Court's June 1, 2023, decision. With the appeal pending, Michael Bradley Cousins filed the instant motion on December 4, 2023, to avoid a lengthy period of delay in receiving the funds. (ECF No. 36, at 1.) The Court withheld ruling on the motion because district courts generally lack jurisdiction to decide matters related to a pending appeal. (ECF No. 37, at 2 (quoting *Grand Jury Proceedings Under Seal v. United States*, 947 F.2d 1188, 1190 (4th Cir. 1991)).) On June 27, 2025, the United States Court of Appeals for the Fourth Circuit affirmed this Court's decision. The appeal concluded when the Fourth Circuit issued its mandate on October 8, 2025. (ECF No. 42.) Consequently, the Court now has jurisdiction to resolve the pending motion.

For the reasons stated from the bench at the June 1, 2023, hearing and in the accompanying Order, the Court GRANTS the motion, (ECF No. 36). Accordingly, the Court ORDERS that Carol Bradley-Cousins, the decedent's wife, shall receive $16,000 of the settlement funds. The Court further ORDERS that Michael Bradley Cousins, the decedent's son, shall receive the remainder of the settlement funds, totaling $691,074.18. The parties SHALL jointly certify to this Court in writing that the settlement amount has been distributed as ordered within twenty-one (21) days of this Order. The Court shall retain jurisdiction for the sole purpose of enforcing this Order.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 29 October 2025
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge