UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MICHAEL BRADLEY COUSINS, ADMINISTRATOR**
**OF THE ESTATE OF MICHAEL TODD COUSINS,**
**DECEASED**

                             **Plaintiff,**

v.                Case No.:  3:22-cv-00416

**POST CLOSING LLC (formerly FLEXIBILITY & CO.,**
**LLC d/b/a FLEXRN), et al.,**

                             **Defendants.**

## JOINT CERTIFICATION OF DISTRIBUTION OF SETTLEMENT

Statutory beneficiaries Carol Bradley-Cousins and Michael Brandley Cousins jointly advise the court of the following status regarding settlement funds:

<u>Carol Bradley Cousins</u>

1. On June 1, 2023 a hearing was held to determine the distribution of settlement funds among statutory beneficiaries.

2. At the conclusion of the hearing and arguments of counsel, the Court awarded Carol Bradley Cousins $16,000, the remainder of which was awarded to Michael Bradley Cousins.

3. Pursuant to the ORDER (ECF 29), Attorney Mark Krudys distributed settlement funds to Carol Bradley Cousins via hand-delivery in the form of a check made out to 'Carol Bradley Cousins and Bricker Anderson & Johnson" in the amount of $16,000 on June 5, 2023.

4. Prior to securing Carol Bradley Cousins' endorsement of the check for deposit in the firm's escrow account, Counsel for Ms. Cousins received a notice of appeal filed by Ms. Bradley-Cousins. (ECF 31)

5. That initial check was never deposited but held pending the result of the appeal.

6. Following the Fourth Circuit Court of Appeals' Denial of Carol Bradley-Cousins Petition for Rehearing and its subsequent Mandate certifying its June 27, 2025 judgment, (See ECF 41 and 42), Counsel requested The Krudys Law Firm to re-issue a settlement check made payable to Carol Bradley-Cousins and Bricker Anderson & Johnson. The initial check was voided given its initial date of issue was more than two years old. (June 5, 2023).

7. The Krudys Law Firm re-issued a check in the amount of $16,000.00 made payable to Carol Bradley-Cousins and Bricker Anderson & Johnson on October 17, 2025.

8. Settlement funds were distributed to Carol Bradley-Cousins on October 28, 2025. The amount disbursed was $16,000, minus previously agreed upon attorney's fees. (See Exhibit A)

9. Ms. Bradley-Cousins accepted the settlement funds but refused to sign the settlement statement.

10. The funds distributed to Ms. Bradley Cousins cleared Bricker Anderson & Johnson's IOLTA (Trust Account) on October 29, 2025.

<u>Michael Bradley Cousins</u>

11. Pursuant to the Order Mark Krudys distributed settlement funds to Michael B. Cousins c/o Blackburn, Conte, Schilling & Click, P.C. on June 5th, 2023.

12. Prior to any notification of any appeal, the funds were deposited into the firm trust account on June 6th. No funds have been distributed and counsel will hold the funds in trust until further order of the court.

13. After receiving notice from the court that all appeals were denied the proceeds were disbursed on October 15, 2025, to Michael Bradley Cousins pursuant to the court's previous ruling.

                Respectfully submitted,
                CAROL J. BRADLEY-COUSINS


                _____/s/_____
                Thomas L. Johnson, Jr., VSB# 38814
                johnson@bajinjurylaw.com
                Bricker Anderson & Johnson, PC
                411 East Franklin Street, Suite 504
                Richmond, VA  23219
                (804) 649-2304
                (804) 649-3380 Fax


                MICHAEL BRADLEY COUSINS

                _____/s/_____
                John H. Click, Jr., Esquire
                Blackburn, Conte, Schilling & Click, PC
                300 W Main Street
                Richmond, VA 23220
                P: 804.782.111
                johnclick@blackburnconte.com
                *Counsel for Michael Bradley-Cousins*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to all counsel of record.

By: _____/s/_____
Thomas L. Johnson, Jr., VSB# 38814
johnson@bajinjurylaw.com
Bricker Anderson & Johnson, PC
411 East Franklin Street, Suite 504
Richmond, VA  23219
(804) 649-2304
(804) 649-3380 Fax
*Counsel for Carol J. Bradley-Cousins*


Mark J. Krudys, Esquire (VSB# 30718)
Daniel Zemel, Esquire (VSB# 95073)
The Krudys Law Firm, PLC
Truist Place
919 E. Main Street, Suite 2020
Richmond, VA 23219
P: 804.774.7950
F: 804.381.4458
mkrudys@krudys.com
dzemel@krudys.com


John H. Click, Jr., Esquire
Blackburn, Conte, Schilling & Click, PC
300 W Main Street
Richmond, VA 23220
P: 804.782.111
johnclick@blackburnconte.com