# EXHIBIT A

# Bricker Anderson & Johnson
## Injury Lawyers

Stephen W. Bricker (1947-2016)
Christopher L. Anderson
Thomas L. Johnson, Jr.

**October 28, 2025**

**SETTLEMENT STATEMENT**

**CAROL BRADLEY-COUSINS v MICHAEL B. COUSINS**

| | |
|---|---|
| **SETTLEMENT**: | $16,000.00 |
| **ATTORNEY'S FEES**: (1/3 Fee) | -$ 5,333.33 |
| **COSTS**: (See Attached) | -$   351.20 |
| **TOTAL TO CLIENT**: | $10,315.47 |

✱ *Refused*
_____
**Carol Bradley-Cousins**

10/28/25
Date

411 East Franklin Street, Suite 504
Richmond, Virginia 23219
804.649.2304 (O)
804.649.3380 (F)
www.bajinjurylaw.com